WILLIAM RESNICK, as a Stockholder of HEARN DEPARTMENT STORES, INC., Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated and in the Right of HEARN DEPARTMENT STORES, INC., Respondent, v. HEARN DEPARTMENT STORES, INC., and Others, Appellants. — Order unanimously modified by granting the motion to dismiss the complaint

as to the defendant Hamilton Commercial Corporation, and as so modified affirmed, without costs, with leave to the other defendants to answer within twenty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.